WILLIAM W. MORRIS, PLAINTIFF IN ERROR, v. MAYOR, &c., OF NEWARK, DEFENDANTS IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *James E. Howell.*

For the defendants in error, *William B. Guild.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given in the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, ABBETT, DEPUE, DIXON, GARRISON, LIPPINCOTT, REED, BOGERT, BROWN, KRUEGER, SMITH.   12.

*For reversal*—None.